UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL BYRD, | ) | CASE NO. 4: 12 CV 828 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | MAGISTRATE JUDGE WHITE |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM OPINION** |
| COMMISSIONER OF SOCIAL | ) | **AND ORDER** |
| SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge Greg White. The Report and Recommendation (ECF #17), submitted on January 14, 2013, is ADOPTED.

Plaintiff filed this action seeking judicial review of the Commissioner of Social Security's (the "Commissioner") decision denying his application for a Period of Disability Insurance ("POD"), Disability Insurance Benefits ("DIB") under Title II of the Social Security Act (the "Act"), 42 U.S.C.§§ 416(i) and 423, and Supplemental Security Income ("SSI") under Title XVI of the Act, 42 U.S.C. § 1381 *et seq*. This matter was referred to Magistrate Judge White for a Report and Recommendation pursuant to Local Rule 72.2(b)(1). Magistrate Judge

White recommended that the Court affirm the final decision of the Commissioner as supported by substantial evidence. No timely objections have been filed.

The Court has reviewed *de novo* the Report and Recommendation. *See Ohio Citizen Action v. City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999); FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1)(C). The Court finds Magistrate Judge White's Report and Recommendation to be thorough, well-written, well-supported, and correct on all issues addressed therein. The Magistrate's Report and Recommendation fully and correctly addresses all of Plaintiff's claims. The Court therefore adopts the Magistrate's Report in its entirety. The Commissioner's decision denying Plaintiff's application for POD, DIB, and SSI is affirmed.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE

DATED: March 19, 2013